**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEITH CARTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FURNITURE BRANDS INTERNATIONAL, INC., RALPH P. SCOZZAFAVA and VANCE C. JOHNSTON,<br><br>Defendants. | ) | No. 4:13CV1600 HEA |

**JUDGMENT**

In accordance with the Opinion, Memorandum, and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants' Motion to Dismiss is granted and judgment is entered in favor of Defendants against Plaintiffs.

Dated this 27th day of January, 2015.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE